FILED
CLERK, U.S. DISTRICT COURT

JUL 2 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 01-00863-RMT |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| OSCAR MANUEL ALBA, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |
| | ) | |

On arrest warrant issued by the United States District Court for

the ___CDCA___ involving alleged violations of conditions of

probation/supervised release,

The court finds no condition or combination of conditions that will

reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

        The Court concludes:

        A.    ( ✓ ) Defendant poses a risk to the safety of other

persons or the community because defendant has not

demonstrated by clear and convincing evidence that:

*he can abide by conditions of release — community*

*of crime, involving child*

B.    ( ✓ Defendant is a flight risk because defendant has

not shown by clear and convincing evidence that: _

*he can abide by conditions of release*

_____

_____

_____

_____

IT IS ORDERED defendant be detained.

DATED: July 29, 2009.

CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE

2